FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2022

No. 04-22-00369-CV

Lavelle **BROWN**, Kathia Viquez and Viquez Realty, LLC,
Appellant/Cross- Appellee,

v.

Krista **GILMORE**
Appellee/Cross- Appellant,

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2021CV00936A
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The parties have filed a Joint Motion to Abate Consideration of Cross-Appellant's Appeal, arguing that because this court's determination of appellant's issues "will necessarily impact the outcome of cross-appellant's appeal," this court should abate consideration of cross-appellant's appeal and extend the deadline for cross-appellant's brief to thirty days following this court's determination of appellant's appeal. The parties' motion is DENIED. What the parties describe is true in all cross-appeals, and this court does not believe that abatement will serve the conservation of judicial resources.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court